# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## **JUDGMENT IN A CIVIL CASE**

**Leah Hawk**
          Plaintiff(s)
     vs.                                                    **CASE NUMBER: 3:20-cv-455 (CFH)**

**Kilolo Kijakazi**
          Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that plaintiffs motion for judgement on the pleadings (Dkt. No. 13) is GRANTED; and it is further ORDERED, that the Commissioners motion for judgment on the pleadings (Dkt. No. 18) is DENIED; and it is further ORDERED, that the matter is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 42 U.S.C. § 405(g), to the Commissioner for further proceedings consistent with this Memorandum-Decision and Order.

All of the above pursuant to the order of the Honorable Judge Christian F. Hummel, dated the 3rd day of September, 2021.

DATED: September 3, 2021

_____
Clerk of Court



                              s/Kathy Rogers
                              _____
                              Deputy Clerk